Antoinette Parlato, Now Known as Antoinette Scardino, Appellant, v. C. P. Ward, Inc., et al., Respondents.—

Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.